M. Paul Wright
State Bar No. IL 6298791
MP WRIGHT LAW GROUP, PLLC
P.O. Box 140915
Dallas, TX 75214
214.420.6465 Phone
469.327.2902 Fax

ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| JESSE JOE ORTIZ, SR.<br>108 S. Beverly St.<br>Crowley, TX 76036<br>SSN/ITIN: xxx-xx-3010 | § § § § § § | Case No. 16-44056-MXM-13 |
| PATRICIA SYLVIA ORTIZ<br>108 S. Beverly St.<br>Crowley, TX 76036<br>SSN/ITIN: xxx-xx-7119 | § § § § § | |
| Debtor(s) | § § § | Chapter 13 |

**MOTION TO REOPEN CHAPTER 13 CASE FOR THE PURPOSE OF
FILING DEBTORS MOTION FOR ENTRY OF DISCHARGE**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Debtor, **JESSE JOE ORTIZ, SR. AND PATRICIA SYLVIA ORTIZ** requesting an order reopen their Chapter 13 bankruptcy case and reinstating the case to the court's active docket to allow Debtor to file their Motion for Entry of Discharge; and in support of said Motion would show the Court as follows:

1. Debtor filed a petition under Title 11 Chapter 7 on 10/21/2016.

2. Debtor's case was closed without discharge by the courts on 10/25/2021 because Debtor failed to timely file their Motion for Entry of Discharge.

3. Debtor has completed all the requirements under their Confirmed Plan and is eligible to receive their discharge. Their Motion for Entry of Discharge is ready to be filed as soon as the case is reopened.

4. For this reason, Debtor requests that her case be reopened to the court's active docket and allow Debtors counsel to file the Motion for Entry of Discharge.

5. This motion is not made for the purposes of delay and no creditor will suffer any prejudice if Debtors' motion is granted.

WHEREFORE, PREMISES CONSIDERED Debtor(s) JESSE JOE ORTIZ, SR. AND PATRICIA SYLVIA ORTIZ respectfully request the Court to reopen the Debtors' bankruptcy to the Court's active docket and give Debtors Attorney an opportunity to file Debtor's Motion for Entry of Discharge; and for such other relief the Court may grant.

Dated: <u>April 14, 2022</u>

Respectfully Submitted,

<u>/s/ M. Paul Wright</u>
M. Paul Wright
State Bar No. IL 6298791

MP WRIGHT LAW GROUP, PLLC
P.O. Box 140915
Dallas, TX 75214
214.420.6465 Phone
469.327.2902 Fax

ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 14, 2022, a true and correct copy of the foregoing was served on all parties in interest below via First Class Mail or ECF noticing where available.

**Standing Chapter 13 Trustee**

Tim Truman
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180

**US Trustee − Electronic Notice**
UST US Trustee
1100 Commerce St.
Room 976
Dallas, TX 75242-1496

**Debtor**
Ortiz, Sr., Jesse Joe
108 S. Beverly St.
Crowley, TX 76036

**Parties In Interest**

Conn Appliances, Inc
c/o Becket and Lee LLP
PO Box 3002
Dept Conns
Malvern, PA 19355-1245

Conn Appliances, Inc.
P.O. Box 2358
Beaumont, TX 77704


                                                By: /s/ M. Paul Wright
                                                      M. Paul Wright
                                                      State Bar No. IL 6298791