


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 16, 2023**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-44056 |
| JESSE JOE ORTIZ SR | § | |
| PATRICIA SYLVIA ORTIZ | § | CHAPTER 13 |
| DEBTORS | § | |

### ORDER GRANTING MOTION TO REOPEN CASE, WAIVE FILING FEE
### AND ORDERING BANKRUPTCY CLERK TO REFUND FILING FEE PAID BY TRUSTEE

**WHEREAS** on April 19, 2023, Trustee filed a Motion to Reopen Chapter 13 Case and Waive Filing Fee: and **WHEREAS** the Court **FINDS** that reopening the case is in the best interest of justice and the bankruptcy estate.

**IT IS THEREFORE ORDERED** that the above-styled case is **RE-OPENED.**

**IT IS FURTHER ORDERED** that the filing fee for reopening this case is **WAIVED.**

**IT IS FURTHER ORDERED** that the filing fee paid on **April 21, 2023** in the amount of **$235.00**, transaction number **A30343438** be refunded to the Trustee.

***End of Order***